IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK

| | | |
|---|---|---|
| ALEPH TOWERS, LLC, | § | |
|  YURI (URI) KASPAROV, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. CV 1:12-3488 |
| | § | |
| AMBIT TEXAS, LLC, | § | |
| AMBIT ENERGY, L.P., | § | |
| CHRIS CHAMBLESS, | § | |
| STEVEN THOMPSON. | § | |

## DEFENDANTS' RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate disqualification or recusal, the undersigned counsel for Defendants Ambit Texas, LLC, Ambit Energy, L.P., Chris Chambless, and Steven Thompson, certifies that Ambit Energy, L.P. is no longer in existence and Ambit Texas, LLC is a limited liability company, that it has no parent corporation, and that no publicly-held corporation owns 10 percent or more of Ambit Texas, LLC's interests.

DATE: August 8, 2012                           /s/ *Gabrielle Farina*_____
                                               Gabrielle Farina
                                               New York Bar No. 4363412

                                               **THOMPSON & KNIGHT LLP**
                                               900 Third Avenue, 20th Floor
                                               New York, NY 10022-4728
                                               Telephone: 212.751.3014
                                               Facsimile: 214.999.1592

                                               ATTORNEY FOR DEFENDANTS
                                               AMBIT TEXAS, LLC; AMBIT ENERGY, L.P.;
                                               CHRIS CHAMBLESS; AND
                                               STEVEN THOMPSON.


518218 000003 Active 5183406.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following document has been served on all counsel of record in according with the Federal Rules of Civil Procedure by ECF on this 8th day of August, 2012.

                                               /s/ *Gabrielle Farina*_____
                                               Gabrielle Farina