UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALEPH TOWERS, LLC, YURI (URI)
KASPAROV

                          Plaintiffs,

     -against-

AMBIT TEXAS, LLC, CHRIS CHAMBLESS,
STEVEN THOMPSON

                          Defendants.

Civil Action No. 1:12-cv-03488-JG-
JO

Jury Trial Demanded

## DECLARATION OF CHRIS CHAMBLESS

1.      My name is Chris Chambless.  All the facts set forth in this Declaration are within my personal knowledge and are true and correct.

2.      I am the Chief Marketing Officer of Ambit Texas, LLC.

3.      I have never:

A.      owned or leased property within New York;
B.      resided in New York;
C.      been licensed to do anything in New York;
D.      carried on continuous and systematic personal business within New York;
E.      had employees within New York;
F.      maintained any bank accounts in New York; nor
G.      personally solicited business on my own behalf from any individual or corporation that is a citizen of New York.

4.      Further, I do not regularly travel to the state.  Outside of any isolated vacation, I have spent no more than 2-6 days a year in New York since June 2007, which has solely been pursuant to my role as Chief Marketing Officer for Ambit Texas, LLC.

5.      Litigation against me carried out in New York would be a substantial

burden upon me, as I do not regularly travel or personally do business on my own behalf within New York.

6.    I am a citizen of the State of Texas.

7.    I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on December ___, 2012.

CHRIS CHAMBLESS

DECLARATION OF CHRIS CHAMBLESS

PAGE 2