# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

900 THIRD AVENUE • 20TH FLOOR
NEW YORK, NEW YORK 10022-4728
(212) 751-3001
FAX (212) 751-3113
www.tklaw.com

DIRECT DIAL: (214)969-1378
EMAIL: Stephen.Rasch@tklaw.com

AUSTIN
DALLAS
DETROIT
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK

ALGIERS
LONDON
MONTERREY
PARIS

December 7, 2012

**_Via ECF and Federal Express_**

Honorable John Gleeson
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Aleph Towers, LLC, et al v. Ambit Texas, LLC, et al*, No. CV-12-3488.

Dear Judge Gleeson:

    Pursuant to Rule 1(D) of Your Honor's Motion and Individual Practices, enclosed with this letter is a complete set of the motion papers filed in the above referenced action. Courtesy copies of the following documents filed with the Court today are enclosed:

1. Notice of Motion to Dismiss Amended Verified Complaint;
2. Defendants' Memorandum of Law in Support of Motion to Dismiss Amended Verified Complaint;
3. Declaration of Chris Chambless; and
4. Declaration of Robert Stephen Thompson.

    Thank you for your consideration.

    Very truly yours,

    /s/ Stephen C. Rasch

    Stephen C. Rasch

cc:    Daniel Hymowitz, Esq. (*via ECF*)

518218 000003 Active 5645325.1